The next argument in Law Offices of John F.L. Hebb v. Ateco. Is Mr. Hebb here? Well, Mr. Hebb does not seem to be here, which is not unusual for him. Do you wish to argue, or should we order the case submitted? Just 60 seconds, Your Honor. I just want to cover one item. Alfred Vargas for Apelli v. Ateco, and may it please the Court. The only item that I want to cover is, Mr. Hebb has all along said that Ateco has participated, and even said in the selection there's no evidence that that's the case. And on page 1531, lines 6 through 8, Hebb informs the Court that he went ahead and paid the arbitration fee. So it's a unilateral action. And on that, the Ateco requests that sanctions be issued. And on that, Your Honor, I'll submit. Thank you. Case is argued.
judges: Kozinski, Ikuta, Owens